| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zabala Farms of Salinas, LLC<br>50 Zabala Road<br>Salinas, Ca 93908 | FILED<br>SEP 13 2022 KD<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ☐ Attorney for: | |

UNITED STATES BANKRUPTCY COURT
~~CENTRAL~~ DISTRICT OF CALIFORNIA - ~~*~~
*Northern*

| In re:<br>Zabala Farms of Salinas, LLC<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 ☐ |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, (Printed name of attorney or declarant) Jason Turchin_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the ~~Central~~ District of California.

December 2012                    Page 1                    F 1007-4.CORP.OWNERSHIP.STMT

Case: 22-50828    Doc# 4    Filed: 09/13/22    Entered: 09/14/22 11:16:02    Page 1 of 5

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, ~~CENTRAL~~ *NORTHERN* DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
NONE

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Salinas , California

Date: 09/13/2022

Signature of Debtor 1 [signed]

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   - [X] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [ ] The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____
   _____
   _____

   [For additional names, attach an addendum to this form.]

   b. [X] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 09/13/2022

By: _____
Signature of Debtor, or attorney for Debtor

Name: Jason Turchin
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012      Page 2      F 1007-4.CORP.OWNERSHIP.STMT

Case: 22-50828    Doc# 4    Filed: 09/13/22    Entered: 09/14/22 11:16:02    Page 3 of 5

CORPORATE RESOLUTION AUTHORIZING THE FILING OF A CHAPTER 11 PETITION

IN THE NORTHERN DISTRICT OF CALIFORNIA, Zabala Farms of Salinas, LLC

An emergency meeting was called by and between the managing members of Zabala Farms of Salinas, LLC; on September 2, 2022.

Present at said meeting were Jason Turchin, managing member and Patty White, Secretary and all organizational Members of said debtor Zabala Farms of Salinas, LLC.

A motion being duly made by Jason Turchi, President, and seconded by Organizational Members Patty White and Jim Acosta, resolving to authorize the filing of a Chapter 11 petition, in the United States Bankruptcy Court; Northern District for California.

Upon such motion and duly ratified by each member of said Limited Liability Company, it is hereby resolved and approved by the managing members that the Limited Liability Company, Zabala Farms of Salinas, LLC; shall file a Chapter 11 Bankruptcy case forthwith.

No further business being necessary at this point, the meeting is hereby adjoined.

Patty Smith, Secretary

Jason Turchin, Managing Member

approved as to form and content.

Dated: September 2, 2022

Dated: September 2, 2022

# BANKRUPTCY COURT

**RECEIVED**

SEP 14 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name:** Zabala Farms of Salinas LLC Chapter 11 Petition

**Case #:** _____

Case: 22-50828    Doc# 4    Filed: 09/13/22    Entered: 09/14/22 11:16:02    Page 5 of 5