Fill in this information to identify the case:

Debtor name __Zabala Farms of Salinas, LLC__

United States Bankruptcy Court for the: __Northern__     District of __Calif__
(State)

Case number (if known): _____

FILED

SEP 13 2022 KR

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PG&E Box 997300 Sacramento, Ca. 95899-7300 | PG&E Box 997300 Sacramento, Ca. 95899-7300 (877-311-3276 | Utility | | 959,151.43 | | 959,151.43 |
| 2 | Elkhorn Packing Co. P.O. Bpx 2310 Salinas, Ca 93902 | Elkhorn Packing Co. P.O. Bpx 2310 Salinas, Ca 93902 | Shipping Company | | 76,903.62 | | 76,903.26 |
| 3 | Grupo Flor Leasing II, LLC 50 Zabala Road Salinas, Ca | Grupo Flor Leasing II, LLC 50 Zabala Road Salinas, Ca | Leasee | | 321, 702.00 | | 02.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Case: 22-50828    Doc# 5    Filed: 09/13/22    Entered: 09/14/22 11:19:05    Page 1 of 3

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Case: 22-50828    Doc# 5    Filed: 09/13/22    Entered: 09/14/22 11:19:05    Page 2 of 3

# BANKRUPTCY COURT

**RECEIVED**

SEP 14 2022 $\psi$

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name:** _Zebala Farms of Salinas LLC_
_Chapter 11 Petition_

**Case #:** _____