Zabala Farms of Salinas, LLC
50 Zabala Road
Salinas, Ca 93908

818-335-3177
DEBTOR



FILED

SEP 20 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

CALIFORNIA NORTHERN BANKRUPTCY COURT

| | |
|---|---|
| Zabala Farms of Salinas, LLC | Case No. 22-502828 Steven L. Johnson, Judge |
| DEBTOR | APPLICATION FOR ORDER SHORTENING TIME FOR HEARING, re: |
| ------------------------------ | DEBTOR'S MOTION TO VACATE EVICTION AND LOCKOUT BY CREDITOR, CONDUCTED WHILE THE DEBTOR IS UNDER PROTECTION OF THE COURT. |
| Grupo Flor Leasing II, LLC | |
| Monterey County Sheriff Department. | FRCP 9006(1)(e) |
| RESPONDENT) | |

NOTICE TO THE COURT AND THE RESPONDENTS AND THEIR ATTORNEYS OF RECORD. COMES NOW, THE DEBTOR Zabala Farms of Salinas, LLC and herein motions this court for its Order shortening time for a hearing - vacating the eviction and lockout by the unsecured creditor, Grupo leasing II, LLC. Upon the substantive grounds that the respondent herein intentionally and with negligence and malice evicted and locked out the Debtor from the agricultural real property, on September 14, 2022.

2. The eviction and dis-possession of the lease estate property has and will continue to cause both irreparable harm and injury to the debtor and substantially hamper any and all reorganization efforts and or capacity of the debtor estate.

3. This application is made pursuant to FRBP 9006(1(e)

1.

Dated: September 16, 2022

_____
Jason Turchin, managing member for Zabala Farms of Salinas, LLC, Debtor

2.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF Salinas

I am over the age of 18 and not a party to this action. My address is 1414 Natividad Rd. Salinas, Ca 93906, which is located outside the county where the mailing described took place.

On September 17, 2022, I served the foregoing document(s) described: DEBTOR'S MOTION TO VACATE EVICTION AND LOCKOUT BY CREDITOR, CONDUCTED WHILE THE DEBTOR IS UNDER PROTECTION OF THE COURT. DECLARATION OF DEBTOR, ZABALA FARMS OF SALINAS. MEMORANDUM POINTS AND AUTHORITIES IN SUPPORT THEREOF. APPLICATION FOR ORDER SHORTENING TIME FOR HEARING

Which were served upon:

Respondents attorney of record

Michael Taylor, Esq.     County of Monterey
1502 N. Broadway         1200 Aguajito Road
Santa Ana, Ca 92706      Monterey, Ca 93940

__x__ I deposited the foregoing documents in the United States Mail at Monterey, California. Executed on in Monterey, California.

(State) XXXX  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal) ____ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the addressee(s) above.

Dated: 9/17/2022              Mary Smith